IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GARY McCRAY**

        **Plaintiff,**

v.                       Civil Action No.: 3:16cv588

**BARRY L. NEELY**

And

**MILAN SUPPLY CHAIN SOLUTIONS, INC.**

        **Defendants.**

### PLAINTIFF'S MOTIONS IN LIMINE

Plaintiff Gary McCray, by counsel, moves *in limine* to exclude the following evidence for the reasons set forth in his Memorandum in Support of Plaintiff's Motions In Limine:

1. The testimony of Kennedy S Daniels, M.D.;

2. Any reference to Plaintiff's receipt of collateral source benefits, including workmen's compensation payments; and

3. Any reference to the date that Plaintiff retained counsel concerning his injury.

Wherefore, for the reasons stated in Plaintiff's Memorandum in Support, Plaintiff respectfully requests that this Court exclude from trial any and all evidence referenced above.

                              GARY McCRAY

                                        /s/
                        By: _____

Francis P. Hajek, Esq. (VSB No. 23637)
WILSON & HAJEK, LLC
P.O. Box 206
Ivy, VA 22945
Telephone: (434) 202-8181
Fhajek@winjurylaw.com

Counsel for Plaintiff

### Certificate of Service

I hereby certify that on January 5, 2017, I will electronically file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of the filing to the following:

    Matthew Green, Esq. (VSB No. 46913)
    mgreen@sandsanderson.com
    Sands Anderson
    P.O. Box 1998
    Richmond, VA 23218-1998
    Telephone: (804) 648-1636
    Facsimile: (804) 783-7291
    Counsel for Defendants

                                                    /s/
                                          _____

Francis P. Hajek, Esq. (VSB No. 23637)
WILSON & HAJEK, LLC
P.O. Box 206
Ivy, VA 22945
Telephone: (434) 202-8181
Fhajek@winjurylaw.com