

## MORRIS & MORRIS
### ATTORNEYS AT LAW

JOHN B. BROWDER
(1910-1989)
RUFUS G. COLDWELL, JR.
(1934-1987)
ROBERT M. WHITE
(1933-2003)

11 SOUTH 12TH STREET
5TH FLOOR
RICHMOND, VIRGINIA 23219

TELEPHONE (804) 344-8300
FAX (804) 344-8359
WWW.MORRISMORRIS.COM

PLEASE REPLY TO
POST OFFICE BOX 30
RICHMOND, VIRGINIA 23218-0030

GIBSONS S. WRIGHT
DIRECT DIAL: (804) 344-6314
E-MAIL: GWRIGHT@MORRISMORRIS.COM

November 14, 2016

<u>Via Email and U.S. Mail</u>
Francis Paul Hajek
Wilson & Hajek LLC
555 Rosemont Drive
Charlottesville, VA 22903
fhajek@winjurylaw.com

    Re:   <u>Gary McCray v. Barry L. Neely and Milan Supply Chain Solutions, Inc.</u>
            E.D. Va. Civil Action No: 3:16cv588

Dear Fran:

    Please find enclosed Defendants' First Supplemental Rule 26(a)(2) Expert Disclosures.

    Thank you for your assistance, and please call me should you have any questions.

                                          Very truly yours,

                                          Gibson S. Wright

GSW/
Enclosures

Ex. 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GARY McCRAY,

    Plaintiff,

V.                                                                     Case No. 3:16cv588

BARRY L. NEELY

and

MILAN SUPPLY CHAIN
SOLUTIONS, INC.,

    Defendants.

## DEFENDANTS' FIRST SUPPLEMENTAL RULE 26(a)(2) EXPERT DISCLOSURES

Defendants Barry L. Neely and Milan Supply Chain Solutions, Inc., by counsel and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, supplement their previously filed Rule 26(a)(2) Expert Disclosures with the following additional information:

    4.    Dr. Kennedy S. Daniels, M.D. charges for his services and testimony in this matter at the rates contained in the rate chart attached hereto as Exhibit B and incorporated herein by reference.

1

DATED: November 14, 2016

BARRY L. NEELY and
MILAN SUPPLY CHAIN SOLUTIONS, INC.

*[signature]*

Matthew D. Green (VSB No. 46913)
Gibson S. Wright (VSB No. 84632)
Attorneys for Neely and Milan
Morris & Morris, P.C.
11 South 12th Street
P.O. Box 30
Richmond, VA 23218-0030
(804) 344-8300 Telephone
(804) 344-8359 Facsimile
mgreen@morrismorris.com
gwright@morrismorris.com

2

## CERTIFICATE

I hereby certify that on the 14th day of November, 2016, I caused a true copy of the foregoing to be sent via U.S. mail and email to:

Francis Paul Hajek
Wilson & Hajek LLC
555 Rosemont Dr.
Charlottesville, VA 22903
fhajek@winjurylaw.com

                                                  _____
Gibson S. Wright (VSB No. 84632)
Attorney for Neely and Milan
Morris & Morris, P.C.
11 South 12th Street
P.O. Box 30
Richmond, VA 23218-0030
(804) 344-8300 Telephone
(804) 344-8359 Facsimile
gwright@morrismorris.com

3

### Kennedy Daniels, M.D. 2016 Legal Fee Schedule

$600.00/hr. *Review of Records or Attorney Consultation

$1000/hr. Deposition in office (Business Days)
    **Cancellation Fees:**   Day of        $800.00
                                     1 Day Prior   $400.00
                                     2 Days Prior  $200.00

$1000/hr. Court Testimony –Portal to Portal, minimum 3 hours
(Cancellation policy based on business days)
    **Cancellation Fees:**   Day of        $3500.00
                                     1 Day Prior   $3000.00
                                     2 Days Prior  $2500.00
                                     3 Days Prior  $2000.00
                                     4 Days Prior  $1500.00
                                     5 Days Prior  $1000.00

IME Fee/ Record Review

$600.00 for IME (no more than 20 pages of records to review)
                                **OR**
$500.00 for IME **PLUS** additional fee for record review OVER 20 pages
    (*$600/hr. for record review as listed above)

### $500.00 NON-refundable Pre-Payment is required for all IME's


EXHIBIT B

