IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GARY McCRAY**

    **Plaintiff,**

v.                              Civil Action No.: 3:16cv588

**BARRY L. NEELY**

And

**MILAN SUPPLY CHAIN SOLUTIONS, INC.**

    **Defendants.**

### MOTION TO WITHDRAW PLAINTIFF'S MOTIONS IN LIMINE NUMBERS ONE AND TWO

Plaintiff Gary McCray, by counsel, moves to withdraw his motions *in limine* numbers one and two concerning the testimony of Kennedy S Daniels, M.D. and any reference to Plaintiff's receipt of collateral source benefits, including workmen's compensation payments, for the reasons stated in Plaintiff's Memorandum in Support.

Wherefore, for the reasons stated in Plaintiff's Memorandum in Support, Plaintiff respectfully requests that this Court permit Plaintiff to withdraw the above referenced motions.

                      GARY McCRAY

                              /s/
            By: _____

Francis P. Hajek, Esq. (VSB No. 23637)
WILSON & HAJEK, LLC
P.O. Box 206
Ivy, VA 22945
Telephone: (434) 202-8181
Fhajek@winjurylaw.com

Counsel for Plaintiff

### Certificate of Service

I hereby certify that on January 9, 2017, I will electronically

file the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of the filing to the following:

    Matthew Green, Esq. (VSB No. 46913)
    mgreen@sandsanderson.com
    Sands Anderson
    P.O. Box 1998
    Richmond, VA 23218-1998
    Telephone: (804) 648-1636
    Facsimile: (804) 783-7291
    Counsel for Defendants

/s/
_____

Francis P. Hajek, Esq. (VSB No. 23637)
WILSON & HAJEK, LLC
P.O. Box 206
Ivy, VA 22945
Telephone: (434) 202-8181
Fhajek@winjurylaw.com