IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| GARY MCCRAY,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:16CV588 (RCY) |
| BARRY L. NEELY & MILAN SUPPLY<br>CHAIN SOLUTIONS, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for New Trial (ECF No. 67) and Plaintiff's Motion to Withdraw his Motion for New Trial (ECF No. 71). Plaintiff presents various reasons for abandoning his pursuit of a new trial, and—despite having fully briefed their opposition to the Motion for New Trial—Defendants support withdrawal of the Motion. *See* Defs.' Mem. Supp. Pl.'s Mot. Withdraw (ECF No. 73). Accordingly, finding that the Motion is unopposed and in the best interest of the parties and judicial economy, the Court GRANTS Plaintiff's Motion to Withdraw the Motion for New Trial (ECF No. 71) and hereby DIRECTS the Clerk to TERMINATE the Motion for New Trial (ECF No. 67) as WITHDRAWN.

Let the Clerk file this order electronically and notify all counsel accordingly.

It is so ORDERED.

                                                                      /s/
                                            Roderick C. Young
                                            United States Magistrate Judge

Richmond, Virginia
Date: March 21, 2017